**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1636

In re: MICHAEL KENNY CARTER, a/k/a Blaze,

Petitioner.

On Petition for Writ of Mandamus.  (3:17-cr-00351-JMC-1; 3:22-cv-00635-JMC)

Submitted: July 21, 2022                                Decided: August 5, 2022

Before GREGORY, Chief Judge, and AGEE and RUSHING, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Michael Kenny Carter, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Kenny Carter petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2255 motion.  He seeks an order from this court directing the district court to act.  The present record does not reveal undue delay in the district court.  Accordingly, we deny the mandamus petition and supplemental mandamus petition.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*